AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern   DISTRICT OF   Louisiana

**CERTIFICATE OF GOOD STANDING**

*I,* ___William W. Blevins___, *Clerk of this Court,*

*certify that* ___Andrew Phelps Burnside___, *Bar #* ___14116___,

*was duly admitted to practice in this Court on*

___10/12/1984___, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ___New Orleans, LA___ *on* ___01/21/2015___.
LOCATION                             DATE

William W. Blevins
CLERK

DEPUTY CLERK


EXHIBIT A