UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

BILLY DULL, MARLIN ADDISON,
LATRICE ALLEN, MARK CASTIN,
PAUL DUNKEL, CHRISTOPHER
NIEDZWIECKI, ROBERT THORPE,
on behalf of themselves,
and all others similarly situated,

*Plaintiffs,*

v.

INTEGRATED PRODUCTION
SERVICES, INC.,

*Defendant.*

Civil Action No. 2:14-1437 NBF

Filed Electronically

---

## ORDER

AND NOW, this 24th day of November, 2015, in consideration of the parties' Joint Motion for Extension of Time to File Motion for Preliminary Approval of Settlement Agreement, the Motion is hereby GRANTED as follows. The stay order presently in effect in this action is EXTENDED until December 8, 2015, and the deadline for plaintiffs' motion for preliminary approval of settlement agreement is hereby EXTENDED until December 8, 2015.

SO ORDERED,

_____
Hon. Nora Barry Fischer, U.S.D.J.