UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY DULL, MARLIN ADDISON, LATRICE ALLEN, MARK CASTIN, PAUL DUNKEL, CHRISTOPHER NIEDZWIECKI, ROBERT THORPE, on behalf of themselves, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEGRATED PRODUCTION SERVICES, INC., <br><br> Defendant. | Civil Action No. 2:14-1437-NBF <br><br> Filed Electronically |

## ORDER

AND NOW, this 8th day of December, 2015, in consideration of the parties' Joint Motion for Second Extension of Time to File Motion for Preliminary Approval of Settlement Agreement, the Motion is hereby GRANTED as follows. The stay order presently in effect in this action is EXTENDED until December 15, 2015, and the deadline for plaintiffs' motion for preliminary approval of settlement agreement is hereby EXTENDED until December 15, 2015.

SO ORDERED,

*/s/ Nora Barry Fischer*

Hon. Nora Barry Fischer, U.S.D.J.