UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
BILLY DULL, MARLIN ADDISON,  :
LATRICE ALLEN, MARK CASTIN,  :
PAUL DUNKEL, CHRISTOPHER  :
NIEDZWIECKI, ROBERT THORPE,  :   Civil Action No. 2:14-1437 NBF
on behalf of themselves,  :
and all others similarly situated,  :
    *Plaintiffs*,  :   Filed Electronically
    v.  :
INTEGRATED PRODUCTION  :
SERVICES, INC.,  :
    *Defendant.*  :
------------------------------------------------------- x

### [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this **23rd** day of **December**, 2015, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. For settlement purposes, Plaintiff's FLSA claims are conditionally certified pursuant to 29 U.S.C. § 216(b); and the following State Settlement Class is preliminarily certified pursuant to FED. R. CIV. P. 23, pending final approval of the settlement:

> all current or former employees of Defendant who performed work as coiled-tubing field crewmembers from IPS's Belle Vernon, Pennsylvania field office at any time between May 1, 2012 and October 1, 2013.

3. Plaintiff Billy Dull is preliminarily approved as the Representative of the State Settlement Class;

4. Joseph H. Chivers, Esq. and John R. Linkosky, Esq. are preliminarily approved as Class Counsel for the State Settlement Class;

5. Dahl Administration LLC is preliminarily approved as Settlement Administrator;

6. The proposed Settlement Notice and Exclusion Form, attached to the Settlement Agreement as Exhibits A and B, are approved, and shall be sent out pursuant to the terms of the Settlement Agreement;

7. The proposed award to Class Counsel of attorneys' fees and costs, as set forth in the Settlement Agreement, is preliminarily approved; and

8. The following schedule and procedures for completing the final approval process as set forth in the parties' Settlement Agreement are hereby approved:

| Defendant to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
|---|---|
| Mailing of Settlement Notice and Exclusion Form | Within ten (10) business days after the Court's Preliminary Approval Order |
| Reminder Notice | Thirty (30) days after the Settlement Administrator initially mails the Settlement Notice and Exclusion Form |
| Plaintiff's Motion for Approval of Attorneys' Fees and Costs | Forty-Five (45) days after the Settlement Administrator initially mails the Settlement Notice and Exclusion Form |
| Deadline to postmark Exclusion Form or objections ("Objection and Exclusion Deadline") | Sixty (60) days after the Settlement Administrator initially mails the Settlement Notice and Exclusion Form |
| Plaintiffs' Unopposed Motion for Final Approval | Five (5) business days prior to Final Approval Hearing |
| Final Approval Hearing | At the Court's convenience, approximately 90 days after the Court's Preliminary Approval Order. |



9. The Final Approval Hearing is hereby set for _March 24_, 20~~15~~ 16 at **9:30 AM** a.m./p.m., in Courtroom **5B**, U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

BY THE COURT,

_Nora Barry Fischer_
Honorable Nora Barry Fischer
United States District Judge