UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------- x
BILLY DULL, MARLIN ADDISON, :
LATRICE ALLEN, MARK CASTIN, :
PAUL DUNKEL, CHRISTOPHER :
NIEDZWIECKI, ROBERT THORPE, :
on behalf of themselves, : Civil Action No. 2:14-1437 NBF
and all others similarly situated, :
:
*Plaintiffs*, : Filed Electronically
:
v. :
:
INTEGRATED PRODUCTION :
SERVICES, INC., :
:
*Defendant.* :
----------------------------------------------------------- x

## ▓▓▓▓▓▓▓▓ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this __24th__ day of __March__, 2016, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement, the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute;

2. Plaintiff's FLSA claims are finally certified pursuant to 29 U.S.C. § 216(b); and the following Settlement Class is finally certified pursuant to FED. R. CIV. P. 23:

    all current or former employees of Defendant who performed work as coiled-tubing field crewmembers from IPS's Belle Vernon, Pennsylvania field office at any time between May 1, 2012 and October 1, 2013;

3. Plaintiff Billy Dull is finally approved as the Representative of the Settlement Classe, and the proposed service awards to the named and opt-in plaintiffs totaling no more than

$15,000 for their efforts in bringing and prosecuting this matter, and in addition, for their broader releases against Defendant are approved;

4. Joseph H. Chivers, Esq. and John R. Linkosky, Esq. are approved as Class Counsel for the Settlement Class;

5. Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs is granted, and payment of attorneys' fees in the amount of $61,666.67, and costs in the amount of $4,600 are finally approved;

6. Dahl Administration is finally approved as the Settlement Administrator;

7. Any remaining funds under $10,000 shall be distributed to the United Way in accordance with the settlement agreement;

8. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

9. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named and opt-in Plaintiffs, the certified class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

BY THE COURT,

/s/ Nora Barry Fischer
Honorable Nora Barry Fischer
United States District Judge