UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

BILLY DULL, MARLIN ADDISON,
LATRICE ALLEN, MARK CASTIN,
PAUL DUNKEL, CHRISTOPHER
NIEDZWIECKI, ROBERT THORPE,
on behalf of themselves,
and all others similarly situated,

    *Plaintiffs*,

    v.

INTEGRATED PRODUCTION
SERVICES, INC.,

    *Defendant.*

Civil Action No. 2:14-1437 NBF

Filed Electronically

---

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

AND NOW, this 24th day of March, 2016, upon consideration of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, the Court GRANTS Plaintiffs' Motion and ORDERS as follows.

1. The requested award of $61,666.67 in attorneys' fees is reasonable in light of the factors set forth in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000), taking into consideration (1) the size of the fund and the number of persons benefitted, (2) whether members of the class have raised substantial objections to the settlement terms or the fee proposal, (3) the skill and efficiency of the attorneys involved, (4) the complexity and duration of the litigation, (5) the risk of nonpayment, (6) the amount of time devoted to the case by plaintiffs' counsel, and (7) fee awards in similar cases.

2. Plaintiffs' counsel's calculation of $99,950.00 as its actual lodestar is reasonable.

3. The lodestar multiplier of 0.61 supports the finding that the requested award of attorneys' fees is reasonable.

4. The proposed award of $61,666.67 in attorneys' fees is approved.

5. The proposed award of $4,600 for reimbursement of costs is approved.

SO ORDERED,

*[signature]*

Honorable Nora Barry Fischer
United States District Judge